769 A.2d 442

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Albert BUTLER, Petitioner.**

Supreme Court of Pennsylvania.

March 27, 2001.

*ORDER*

PER CURIAM:

**AND NOW,** this 27th day of March, 2001, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Did the Superior Court err in affirming the denial of Petitioner's PCRA petition when it deemed all of Petitioner's issues waived due to counsel's failure to file a Statement of Matters Complained of on Appeal pursuant to Pa.R.Crim. P.1925(b)?